GARY M. RESTAINO
United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
State Bar No. 025608
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JUN -7  PM 4: 45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00814 TUC-RM(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          vs.

Williams Mora Bustamante,

                    Defendant.

**INDICTMENT**

Violations:
  18 U.S.C. § 924(a)(1)(A)
  Making False Statement in Connection
  With Acquisition of Firearms
  Counts 1-9

  18 U.S.C. § 924(d)
  28 U.S.C. § 2461(c)
  Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNTS 1-9**

On or about the dates listed below, in the District of Arizona, the Defendant WILLIAMS MORA BUSTAMANTE, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on La Reserve Drive in Oro Valley, whereas in truth and fact, that was not Defendant's current address:

///

| Count | Date | FFL | Firearms |
|-------|------|-----|----------|
| 1 | 03/31/2021 | Turner's Outdoorsman | FN, model Scar 17S, 7.62 x 51mm caliber rifle |
| 2 | 04/08/2021 | Turner's Outdoorsman | FN, model Scar 17S, 7.62 x 51mm caliber rifle |
| 3 | 09/08/2021 | Turner's Outdoorsman | Two (2) Romarm Cugir, model WASR-10, 7.62 x 39mm caliber rifles |
| 4 | 09/08/2021 | Citywide Supply | Two (2) Century Arms, model VSKA, 7.62 x 39mm caliber rifles |
| 5 | 09/09/2021 | Turner's Outdoorsman | Barrett, model 82A1, .50 BMG caliber rifle |
| 6 | 11/06/2021 | SNG Tactical | Two (2) Century Arms, model VSKA, 7.62 x 39mm caliber rifles |
| 7 | 12/22/2021 | SNG Tactical | Glock, model 17 Gen 5, 9mm pistol |
| 8 | 06/24/2022 | Turner's Outdoorsman | Kel-Tec, model PMR-30, .22 caliber pistol |
| 9 | 07/08/2022 | The Hub | FN, model M249S, 5.56 caliber rifle |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

///

///

///

*United States of America v. Williams Mora Bustamante*
*Indictment Page 2 of 4*

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Eight of this Indictment, defendant, WILLIAMS MORA BUSTAMANTE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | FN, model Scar 17S, 7.62 x 51mm caliber rifle | H0C21323 |
| 2 | FN, model Scar 17S, 7.62 x 51mm caliber rifle | H0C22676 |
| 3 | Romarm Cugir, model WASR-10, 7.62 x 39mm caliber rifle | 21A1-90369 |
| 4 | Romarm Cugir, model WASR-10, 7.62 x 39mm caliber rifle | 21A1-90230 |
| 5 | Century Arms, model VSKA, 7.62 x 39mm caliber rifle | SV7066826 |
| 6 | Century Arms, model VSKA, 7.62 x 39mm caliber rifle | SV7068322 |
| 7 | Barrett, model 82A1, .50 BMG caliber rifle | AA012818 |
| 8 | Century Arms, model VSKA, 7.62 x 39mm caliber rifle | SV7074797 |
| 9 | Century Arms, model VSKA, 7.62 x 39mm caliber rifle | SV7086145 |
| 10 | Glock, model 17 Gen 5, 9mm pistol | BVEA588 |
| 11 | Kel-Tec, model PMR-30, .22 caliber pistol | WYJQ95 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 7, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

FRANCES M. KREAMER HOPE
Assistant U.S. Attorney

*United States of America v. Williams Mora Bustamante*
*Indictment Page 4 of 4*